No. 195. AMERICAN HARDWARE SUPPLY CO. *v.* GENERAL WAREHOUSEMEN & EMPLOYEES UNION NO. 636. C. A. 3d Cir. Certiorari denied. *Thomas N. Griggs, D. Malcolm Anderson* and *David B. Fawcett* for petitioner. *Hugh J. Beins* for respondent.

No. 196. AIR TERMINAL SERVICES, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Edmund D. Campbell* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *Harvey L. Zuckman* for the United States.

No. 197. URGA *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *John Parkhill* for petitioner.

No. 198. BOURN *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *Robert C. Handwerk* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Irwin A. Seibel* and *Nathaniel H. Goodrich* for respondents.

No. 200. SPATUZZA ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *George F. Callaghan* and *Maurice J. Walsh* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 203. APPALACHIAN POWER CO. *v.* FEDERAL POWER COMMISSION. C. A. 4th Cir. Certiorari denied. *Whitney North Seymour, Richard Hawkins, George D. Gibson* and *T. Justin Moore, Jr.,* for petitioner. *Solicitor General Cox, Richard A. Solomon, Howard E. Wahrenbrock, Peter A. Dammann, Josephine H. Klein* and *Drexel D. Journey* for respondent.